

*Advocates for Workplace Fairness*

Melissa L. Stewart, Esq.
mstewart@outtengolden.com

December 11, 2014

**Via ECF**
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Rountree v. Insight Global, Inc.,</u> No. 14 Civ. 2020 (RWS)

Dear Judge Sweet:

    We represent Plaintiffs in this matter and write on behalf of both parties to request an extension of the deadline to file settlement and dismissal papers, from December 12, 2014, to December 22, 2014.

    On November 19, 2014, Plaintiffs wrote on behalf of both parties to request an extension of the deadline to file settlement and dismissal papers, from November 20, 2014, to December 12, 2014. ECF No. 16. The Court "so ordered" the parties' joint request. ECF No. 17. The parties have reached an agreement in principle and exchanged a draft of the settlement agreement, and are in the process of negotiating certain terms. The parties remain confident that they will reach agreement on all terms soon. Accordingly, the parties jointly request an extension of time, from December 12, 2014, to December 22, 2014, to file the final settlement and dismissal papers. This is the parties' second request for an extension of the time to file these papers. No other deadlines are affected by this request.

    We thank the Court for its consideration.

                                                Respectfully submitted,

                                                Melissa L. Stewart

cc:    All Counsel (via ECF)

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
161 N. Clark Street, Suite 4700, Chicago, IL 60601  312-809-7010  Fax 312-809-7011
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com