Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Christopher A. Parlo**
Partner
+1.212.309.6062
cparlo@morganlewis.com

December 22, 2014

**VIA ECF**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Rountree v. Insight Global, Inc., No. 14 Civ. 2020 (RWS)

Dear Judge Sweet:

We represent Defendants in this matter and write on behalf of both parties to request an extension of the deadline to file settlement and dismissal papers, from December 22, 2014, to January 2, 2015.

On November 19, 2014, Plaintiffs wrote on behalf of both parties to request an extension of the deadline to file settlement and dismissal papers, from November 20, 2014, to December 12, 2014. ECF No. 16. The Court "so ordered" the parties' joint request. ECF No. 17. On December 11 the parties wrote to request a further extension of the date to submit settlement papers from December 12 to December 22. ECF No. 18. The Court "so ordered" the parties' joint request. ECF No. 19. The parties have reached an agreement and are just finalizing the papers. The holidays have added a challenge with doing so and obtaining client signatures. Accordingly, the parties jointly request an extension of time, from December 22, 2014, to January 2, 2015, to file the final settlement and dismissal papers. This is the parties' third request or an extension of the time to file these papers. No other deadlines are affected by this request.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Christopher A. Parlo/*

Christopher A. Parlo

cc: Counsel for Plaintiffs