IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN ROUNTREE, CONNER CAYSON, MALLORY THAGGARD, and JULIE MELILLO, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br> -against-<br><br>INSIGHT GLOBAL, INC.,<br><br>       Defendant. | No. 14 Civ. 2020 (RWS) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, on March 21, 2014, Plaintiffs Lauren Rountree, Connor Cayson, Mallory Thaggard, and Julie Melilo ("Plaintiffs") commenced the above-captioned lawsuit against Defendant Insight Global ("Defendant"), *see* ECF No. 2 (Complaint); and

WHEREAS, the Complaint alleges that Defendant violated the Fair Labor Standards Act ("FLSA") and state labor laws by misclassifying Plaintiffs as exempt from the overtime protections of federal and state law, and denying Plaintiffs overtime for hours worked over 40 in a workweek; and

WHEREAS, Defendant denied Plaintiffs' allegations and disputed that its classification of Plaintiffs as exempt was improper, or that Plaintiffs are owed overtime compensation or liquidated damages, *see* ECF No. 11 (Answer); and

WHEREAS, the parties engaged in settlement discussions with the assistance of a private mediator, and agreed to resolve Plaintiffs' claims through a negotiated settlement, as outlined in the parties' Settlement Agreement and General Release;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendant, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the parties' Settlement Agreement and General Release, that (1) the Settlement Agreement and General Release, including the release of all claims, should be approved; and (2) Plaintiffs' claims, which were the subject of a *bona fide* dispute, are hereby dismissed with prejudice.

Dated: January 2, 2015
New York, New York

| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: _____ <br> Justin M. Swartz | By: _____ <br> Christopher A. Parlo |
| Justin M. Swartz <br> Melissa L. Stewart <br> 3 Park Avenue, 29th Floor <br> New York, New York 10016 <br> Tel: (212) 245-1000 | Christopher A. Parlo <br> John S. Battenfeld <br> 101 Park Avenue <br> New York, New York 10178 <br> Telephone: (212) 309-6062 |
| **SHAVITZ LAW GROUP, P.A.** <br> Gregg I. Shavitz, admitted *pro hac vice* <br> Camar R. Jones, admitted *pro hac vice* <br> 1515 S. Federal Highway, Suite 404 <br> Boca Raton, Florida 33432 <br> Telephone: (561) 447-8888 | *Attorneys for the Defendants* |

*Attorneys for Plaintiffs*

**SO ORDERED:**

Dated: _____, 2015

_____
The Honorable Robert W. Sweet
United States District